**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 08-7257**

———————————

UNITED STATES OF AMERICA,

                   Plaintiff - Appellee,

          v.

WILLIE EDWARD JOHNSON,

                   Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Jerome B. Friedman, District
Judge.  (2:04-cr-00110-JBF-JEB)

———————————

Submitted:  January 29, 2009        Decided:  February 12, 2009

———————————

Before WILKINSON and GREGORY, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Willie Edward Johnson, Appellant Pro Se.  Laura Marie Everhart,
Assistant United States Attorney, Norfolk, Virginia, for
Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie Edward Johnson appeals the district court's order denying his motion filed pursuant to 18 U.S.C. § 3582(c)(2)(2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Johnson, No. 2:04-cr-00110-JBF-JEB (E.D. Va. June 24, 2008).

We dispense with oral argument as the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2